**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Anthony FEURTADO, a/k/a Anthony**
**Greene, a/k/a Ginzo, a/k/a Gap, a/k/a**
**Pretty Tony, a/k/a Tony Feurtado,**
**a/k/a Anthony Lamar Brown, a/k/a**
**Anthony Paul, Defendant–Appellant.**

No. 08–4350.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 17, 2008.

Decided: Aug. 28, 2008.

Anthony Feurtado, Appellant Pro Se.
Mark C. Moore, Assistant United States
Attorney, Columbia, South Carolina, for
Appellee.

Before WILKINSON, NIEMEYER,
and MICHAEL, Circuit Judges.

PER CURIAM:

Anthony Feurtado, a federal prisoner,
seeks to appeal the district court's amend-
ed criminal judgment sentencing him to
210 months of imprisonment. We con-
clude that Feurtado's notice of appeal is
untimely. A notice of appeal in a criminal
case must be filed within ten days of the
entry of judgment being appealed. Fed.
R. App. P. 4(b)(1). The district court,
upon a finding of excusable neglect or good
cause, may extend the time period for
filing a notice of appeal an additional thirty
days. Fed. R. App. P. 4(b)(4). The appeal
periods established by Rule 4 are manda-
tory and jurisdictional. *Browder v. Dir.,*
*Dep't of Corr.,* 434 U.S. 257, 264, 98 S.Ct.
556, 54 L.Ed.2d 521 (1978); *United States*
*v. Raynor,* 939 F.2d 191, 197 (4th Cir.
1991). Feurtado's amended criminal judg-
ment, correcting a clerical error under
Fed. R. Crim. P. 36, was entered on De-
cember 12, 2007. He did not file a notice
of appeal until, at the earliest, March 18,
2008, outside both the ten-day appeal and
thirty-day excusable neglect periods.
Thus, Feurtado's appeal is untimely. Ac-
cordingly, we dismiss the appeal for lack of
jurisdiction and deny as moot Feurtado's
numerous pending motions.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*